Gregory J. Barnes (Bar No. 220480)
PROCOPIO, CORY, HARGREAVES &
SAVITCH LLP
530 B Street, Suite 2100
San Diego, California 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Attorney for Plaintiffs INSURANCE COMPANY OF THE WEST, as assignee and equitable subrogee of W.R. CHAVEZ CONSTRUCTION, INC.

IN THE UNITED STATES FEDERAL COURT OF CLAIMS

| | |
|---|---|
| INSURANCE COMPANY OF THE WEST, as assignee and equitable subrogee of W.R. CHAVEZ CONSTRUCTION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, DEPARTMENT OF THE NAVY,<br><br>Defendant. | No.: 1:06-cv-00735-MCW<br><br>MOTION TO SUBSTITUTE IN NEW ATTORNEY FOR INSURANCE COMPANY OF THE WEST AND PROPOSED ORDER THEREON<br><br>Dept:<br>Judge: |

Plaintiff INSURANCE COMPANY OF THE WEST, as assignee and equitable subrogee of W.R. CHAVEZ CONSTRUCTION, INC. hereby substitutes as its attorney in the captioned action, Andrew J. Kessler, Esq. in place of Gregory J. Barnes. Both attorneys are with the law firm of Procopio, Cory, Hargreaves & Savitch LLP. The address, telephone and facsimile numbers for Andrew J. Kessler at Procopio, Cory, Hargreaves & Savitch LLP are:

Andrew J. Kessler
Procopio, Cory, Hargreaves & Savitch LLP
530 B Street, Suite 2100
San Diego, CA 92101-4469
Telephone: (619) 525-3858
Facsimile: (619) 615-5334

This substitution is based upon this Notice and the Declaration of Andrew J. Kessler filed herewith.

DATED: December 12, 2006

PROCOPIO, CORY, HARGREAVES &
SAVITCH LLP

By: */s/ Gregory J. Barnes*

Gregory J. Barnes
530 B Street, Suite 2100
San Diego, CA 92101
Tel: (619) 238-1900
Fax: (619) 235-0398

DATED: December 11, 2006

PROCOPIO, CORY, HARGREAVES &
SAVITCH LLP

By: */s/ Andrew J. Kessler*

Andrew J. Kessler
530 B Street, Suite 2100
San Diego, CA 92101
Tel: (619) 525-3858
Fax: (619) 744-5460

**ORDER**

Based upon this Notice of Motion and the Declaration of Gregory J. Barnes in support of the Motion, and FOR GOOD CAUSE SHOWN, Plaintiff INSURANCE COMPANY OF THE WEST, as assignee and equitable subrogee of W.R. CHAVEZ CONSTRUCTION, INC. will hereafter be represented by Andrew J. Kessler, Esq. in place of Gregory J. Barnes.

Date: ______________________________

______________________________
Judge of the Court of Claims

**CERTIFICATE OF FILING**

I hereby certify that on December 12, 2006, a copy of the foregoing "**MOTION TO SUBSTITUTE IN NEW ATTORNEY FOR INSURANCE COMPANY OF THE WEST**" was filed electronically. I understand that notice of this filing will be sent to all parties by operations of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Heather A. Lawson*
Heather A. Lawson