Andrew J. Kessler (Bar No. 236123)
PROCOPIO, CORY, HARGREAVES &
SAVITCH LLP
530 B Street, Suite 2100
San Diego, California 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Attorney for Plaintiffs INSURANCE COMPANY OF THE WEST, as assignee and equitable subrogee of W.R. CHAVEZ CONSTRUCTION, INC.

IN THE UNITED STATES FEDERAL COURT OF CLAIMS

| | |
|---|---|
| INSURANCE COMPANY OF THE WEST, as assignee and equitable subrogee of W.R. CHAVEZ CONSTRUCTION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, DEPARTMENT OF THE NAVY,<br><br>Defendant. | No.: 1:06-cv-00735-MCW<br><br>DECLARATION OF ANDREW J. KESSLER IN SUPPORT OF MOTION TO SUBSTITUTE IN NEW ATTORNEY FOR INSURANCE COMPANY OF THE WEST<br><br>Dept:<br>Judge: |

I, Andrew J. Kessler, declare as follows:

1. I am an attorney duly licensed to practice before all of the Courts of the State of California and the United States Federal Court of Claims and am an associate in the law firm of Procopio, Cory, Hargreaves & Savitch LLP, attorneys of record for Plaintiff INSURANCE COMPANY OF THE WEST, as assignee and equitable subrogee of W.R. CHAVEZ CONSTRUCTION, INC., ("ICW") in the above-referenced matter.

2. I have personal knowledge of the facts contained in this declaration, and if called upon to testify, I could and would competently testify thereto.

3. On October 31, 2006, I was admitted to United States Federal Court of Claims and am authorized to serve as the handling attorney on behalf of Plaintiff INSURANCE

COMPANY OF THE WEST, as assignee and equitable subrogee of W.R. CHAVEZ CONSTRUCTION, INC., ("ICW") in the above-referenced matter.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: December 11, 2006

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By: */s/ Andrew J. Kessler*

Andrew J. Kessler
530 B Street, Suite 2100
San Diego, CA 92101
Tel: (619) 525-3858
Fax: (619) 744-5460

**CERTIFICATE OF FILING**

I hereby certify that on December 12, 2006, a copy of the foregoing "**DECLARATION OF ANDREW J. KESSLER IN SUPPORT OF SUBSTITUTING IN NEW ATTORNEY FOR INSURANCE COMPANY OF THE WEST**" was filed electronically. I understand that notice of this filing will be sent to all parties by operations of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Heather A. Lawson*
Heather A. Lawson