# In the United States Court of Federal Claims

**No. 06-735C**
**(Filed December 18, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**INSURANCE COMPANY OF THE WEST, assignee and equitable subrogee of W.R. CHAVEZ CONSTRUCTION, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER**

---

On December 12, 2006, Plaintiff, Insurance Company of the West, as assignee and equitable subrogee of W. R. Chavez Construction, Inc., filed a motion to substitute as new attorney of record, Andrew J. Kessler, Esq. in place of Gregory J. Barnes. Good cause having been shown, Plaintiff's motion is **GRANTED.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**