# In the United States Court of Federal Claims

**No. 06-735C**
**(Filed December 18, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**INSURANCE COMPANY OF THE WEST,**
**assignee and equitable subrogee of**
**W.R. CHAVEZ CONSTRUCTION, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

On December 14, 2006, Defendant filed an unopposed motion for an enlargement of time of 45 days, to and including, **February 9, 2007**, within which to respond to Plaintiff's complaint. Good cause having been shown, this motion is **GRANTED.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**