# In the United States Court of Federal Claims

**No. 06-735C**
**(Filed January 25, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**INSURANCE COMPANY OF THE WEST,**
**assignee and equitable subrogee of**
**W.R. CHAVEZ CONSTRUCTION, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## ORDER

---

On January 23, 2007, Defendant filed, pursuant to Rule 12(e) of the Rules of the U.S. Court of Federal Claims, a motion for a more definite statement. The Court hereby GRANTS Defendant's motion. Plaintiff is hereby ORDERED to file a more definite statement of its claim no later than **February 8, 2007**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**