# EXHIBIT "B"

WRCHAVEZ
CONSTRUCTION, INC.

June 28, 2004

Eileen M. Magnan, Contracting Officer
Offices Resident Officer in Charge of Construction
SOUTHWEST DIVISION, NAVAL FACILITIES ENGINEERING COMMAND
Naval Base Coronado
P.O. Box 357007
San Diego, CA 92135-7007

Re: **Contract Number: N68711-99-D-6203; Delivery Order # 7, P-216**
**Project: Comnabspecwarcom Headquarters Addition, NAB, San Diego, California.**
**Submission of Claim by Contractor and Request for Contracting Officer's Final Decision Pursuant to 41 U.S.C. §601, et seq.**

---

Dear Contracting Officer:

The aforementioned contract (bearing Contract No. N68711-99-D-6203) for the construction and/or remodel of the headquarters at the Naval Base Coronado, San Diego, California was entered into by and between W.R. Chavez Construction, Inc. ("WR Chavez") and the Department of the Navy ("Owner" or "Navy"). The Request for Quotation ("RFQ") for the aforementioned work issued on or about July 17, 2000, and included bid addendums 1 through 4.

The work associated with the delivery order involved the construction of a 25,000 square foot addition to the Special Warfare Command Headquarters, the renovation of approximately 13,000 square feet of existing offices, and the addition and/or redesign of parking spaces and landscaping.

The order for supplies or services issued on or about August 13, 2000. It was contemplated that the work in question would commence on or about September 15, 2000, and would be completed on or about December 19, 2001, or 460 calendar days after commencement. The original lump sum contract price was $3,801,245.00, which included the base bid work as well as certain work identified in Options 0001, 0002 and 0003.

During the course of construction, 21 "Amendment of Solicitation/Modification Contract" were entered into by and between WR Chavez and the Owner. A schedule summarizing the terms of the same, both in terms of cost and calendar day impact is attached hereto as Exhibit 1. As evidenced by said chart, the contract price was increased to $4,784,651.00. Further, the performance period was extended by 187 calendar days through June 24, 2002.

As will be discussed hereinbelow, in addition to the direct cost and/or time impacts resulting from the aforementioned modifications, WR Chavez has been impacted due to trade damage caused by the Government, modifications to the project plans and specifications, and other changes which impacted both the scope and timing of the work to be performed by WR Chavez and/or its subcontractors. Thus, by this request for equitable adjustment, WR Chavez is requesting a monetary adjustment of $67,804.00 to its contract with the Navy. Further, WR Chavez is requesting that the contract duration be extended by 90 calendar days, to and through September 24, 2002.

I. <u>Contract Balance</u>.

The original contract amount was $3,801,245.00. Subsequent to the execution of the contract, Navy approved change orders in the amount of $983,406.00, increasing the contract amount to $4,784,651.00. To date, Navy has paid WR Chavez $4,697,352.71, leaving an undisputed contract balance due and owing WR Chavez in the amount of $87,298.29.

II. <u>Miscellaneous Government Directed Changes</u>.

During construction, the Government directed WR Chavez and/or its subcontractors to proceed with numerous items of work beyond that originally contemplated by the original plans and specifications. Said extra work is identified in Request for Information ("RFIs"), Proposed Change Orders ("PCOs"), and other project documentation including correspondence by and between WR Chavez and the Navy.

During construction, a continuous air supply was required for the LAN room. When the Government decided to take occupancy of the project early, temporary air conditioning units were needed. As such, WR Chavez contracted with First Call Mechanical for the provision of the same, and incurred costs of approximately $17,000.00 in supplying the temporary air conditioning. Documentation concerning this claim has previously been submitted to the Government.

Second, and as noted hereinabove, the project was delayed approximately 90 calendar days due to miscellaneous project events including, but not limited to, early owner occupancy, PC 55 and other modifications caused by the Government. Many of these noted delays and disruptions had been documented in prior RFIs, PCs and correspondence by and between WR Chavez and the Government. At the rate of $493.00 per day, WR Chavez is entitled to additional compensation of $44,370,00.

Next, and as set forth in PCO 58, WR Chavez is seeking additional compensation for the installation of government furnished galley and relative to remove/replace men's restroom laboratory. The total of this claim is $2,417.00.

Additionally, WR Chavez is seeking payment of $4,017.00 to re-paint walls in Perron Hall, damaged by the Owner during move in.

III. Summary.

This document is intended by WR Chavez to constitute its "claim" based on the existing "disputes." All reasonable efforts to avoid filing of a formal claim have been exhausted and WR Chavez is not seeking "pre-dispute" negotiations. Based on the preceding, WR Chavez submits the instant claim to the Contracting Officer requesting an equitable adjustment in the sum certain amount of $155,102.29, as well as a 90 calendar day extension to its prime contract with the Navy. WR Chavez requests a written Contracting Officer's final decision within 60 days, or within a reasonable time, pursuant to the Contract Disputes Act.

Based on the Contract Disputes Act and the fact that WR Chavez's claim exceeds $50,000.00, WR Chavez's claim is being certified and the certification is being executed by a person duly authorized to bind the contractor, WR Chavez, with respect to the claim. Thus, the contractor hereby certifies that the claim is made in good faith, that the supporting data are accurate and complete to the best of its knowledge and belief, and that the amount requested accurately reflects the contract adjustment for which the contractor believes the Government is liable. 41 U.S.C. §605.

Sincerely,

W.R. CHAVEZ CONSTRUCTION , INC.

Wilfred R. Chavez

G:\4433\007\Corresp\claim-navy.wpd