IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INSURANCE COMPANY OF THE WEST, as assignee and equitable subrogee of W.R. CHAVEZ CONSTRUCTION, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 06-735C (Judge Williams) |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMNT OF TIME

Pursuant to Rules 6(b)(1) and 6.1 of the United States Court of Federal Claims (RCFC), defendant, the United States, respectfully requests a 14 day enlargement of time, to and including March 6, 2007, to file a response to Plaintiff's First Amended Complaint. On December 18, 2006, this Court granted the defendant an enlargement of 45 days until February 9, 2007 to file a response to the original complaint. On January 23, 2007, the defendant filed a motion for a more definite statement. On January 25, 2007, this Court granted the defendant's motion and ordered the plaintiff to file an amended complaint no later than February 8, 2007. Plaintiff filed its First Amended Complaint on February 2, 2007. Accordingly, defendant's response to the First Amended Complaint is due no later than February 20, 2007. Defendant has consulted with counsel for plaintiff, and counsel for plaintiff has represented that plaintiff does not oppose this request for an enlargement of time.

This case was transferred to undersigned defendant's counsel on or about February 2, 2007. Defendant's counsel was admitted as a member of this Court on

February 8, 2007. Following receipt of an Electronic Case Filing user name and password, defendant's counsel entered his appearance in this matter on February 14, 2007. Since having this matter transferred to him, defendant's counsel has considered several different responses to the plaintiff's amended complaint including engaging in further motions practice. In that regard, defendant's counsel has reviewed the facts alleged in the amended complaint and researched and analyzed relevant case law and conferred with agency counsel. On February 14, 2007, defendant's counsel communicated with plaintiff's counsel regarding potentially filing a second motion for a more definite statement.

At present, defendant's counsel rather than file a second motion for a more definite statement or a dispositive motion at this time is considering filing an answer to the amended complaint. Agency counsel has informed defendant's counsel that he should be able to cause delivery of certain documents relevant to certain facts alleged in the amended complaint and potential affirmative defenses prior to the end of this week, February 23, 2007. Defendant's counsel will require additional time to review these supplementary documents to the litigation report and time to obtain supervisory review for the preparation and filing of the Government's response.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time of 14 days, to an including March 6, 2007, within which to file a response to plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

STEVEN J. GILLINGHAM
Assistant Director

DAVID M. HIBEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0163
Fax: (202) 514-8624

OF COUNSEL:

FRANK KOTARSKI
Office of Counsel
Naval Facilities Engineering
1220 Pacific Highway, Room 250
San Diego, CA 92132
Tel: 619.532.2511

February 20, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 20th day of February, 2007, a copy of the foregoing "Defendant's Unopposed Motion for an Enlargement of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David M. Hibey