# In the United States Court of Federal Claims

**No. 06-735C**
**(Filed February 21, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**INSURANCE COMPANY OF THE WEST, assignee and equitable subrogee of W.R. CHAVEZ CONSTRUCTION, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME

On February 20, 2007, Defendant filed, pursuant to Rule 6(b)(1) and 6.1 of the Rules of the U.S. Court of Federal Claims, an unopposed motion for an enlargement of time to respond to the complaint. Good cause having been shown, Defendant's motion is **GRANTED**. Defendant shall file a response to the complaint no later than **March 6, 2007**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**