IN THE UNITED STATES COURT OF FEDERAL CLAIMS

INSURANCE COMPANY OF THE WEST, )
as assignee and equitable subrogee of W.R. )
CHAVEZ CONSTRUCTION, INC., )
)
Plaintiff )
)
v. ) Case No. 06-735C
) (Judge Williams)
THE UNITED STATES OF AMERICA, )
)
)
Defendant. )
)

JOINT MOTION TO AMEND THE SCHEDULING ORDER

Defendant, the United States, and plaintiff, Insurance Company of the West (ICW), respectfully request that the Court amend the scheduling order issued in this matter as follows:

1. Enlarge the period for fact discovery from January 28, 2008 to May 16, 2008;

2. Enlarge the period for expert discovery from February 8, 2008 to June 13, 2008;

3. Reschedule the filing of plaintiff's memorandum of contentions of fact and law from May 5, 2008 until June 30, 2008 and defendant's responsive memorandum from May 27, 2008 until July 21, 2008;

4. Reschedule the filing of joint witness and exhibit list from June 2, 2008 to July 28, 2008;

5. Reschedule the pretrial conference from June 9, 2008 to August 4, 2008, or to an alternate date convenient to the Court;

6. Reschedule the trial date from June 23, 2008 to August 18, 2008, or to an alternate date convenient to the Court.

The parties believe that the preceding suggested amendment of the scheduling order is

necessary for several reasons. During the course of discovery, the parties have determined that several government witnesses have been transferred, reassigned or retired from government service. For example, Commander Keith Autry, the resident officer in charge of construction for the project, has been assigned to a naval base in Signoella, Italy and Lieutenant Christina Suarez, the assistant resident officer in charge of construction, is currently attending the University of Florida. Cindy Readal, who was the supervisory contract specialist for the project, is located in Norfolk, Virginia. The resident engineer assigned to the project, Donald Hough, now works for the Army Corps of Engineers in Sausalito, CA. Moreover, agency counsel assigned to this matter retired from the Navy on January 3, 2008. Similarly, plaintiff has been delayed in collecting documents responsive to the defendant's discovery requests from its subrogor Chavez Construction Company.

Counsel for the Government was also recently transferred a matter (Kiewit/Manson JV v. United States, Civ. No. 06-796) from a departing attorney that is set for a two and half week trial in Anchorage, Alaska beginning on May 27, 2008 before the Honorable Marian Blank Horn. With that trial set to conclude on or about June 13, 2008, counsel for the Government would have only minimal time to prepare for a June 23rd trial in this matter.

The parties have exchanged mandatory initial disclosures and requests for production of documents and interrogatories. The parties have agreed to exchange responses to these various discovery requests on January 25, 2008. Respective counsel have worked well together during the course of this matter and expect to cooperate fully with one another to schedule depositions and meet the deadlines submitted above.

For the foregoing reasons, the parties respectfully request that the Court amend the

scheduling order as suggested in this joint motion. Should the proposed pretrial conference date or proposed trial date be inconvenient for the Court, the parties are available for a telephonic conference to identify more convenient dates for the Court.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/ Andrew J. Kessler
ANDREW J. KESSLER
Procopio, Cory, Hargreaves & Savitch, LLP
530 B Street
Suite 2100
San Diego, California 92101
Tel. (619) 238-1900
Fax. (619) 235-0398

Attorney for Plaintiff

s/ David M. Hibey
DAVID M. HIBEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, DC 20530
Tel. (202) 307-0163
Fax (202) 514-8624

Attorneys for Defendant

January 11, 2008

## CERTIFICATE OF FILING

I hereby certify that on January 11, 2008, a copy of the foregoing "**Joint Motion To Amend the Scheduling Order**" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David M. Hibey