# In the United States Court of Federal Claims

**No. 06-735C**
**(Filed July 11, 2008)**

| | |
|---|---|
| **INSURANCE COMPANY OF THE WEST, assignee and equitable subrogee of W.R. CHAVEZ CONSTRUCTION, INC.,** | * |
| **Plaintiff,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |

## ORDER

The telephonic status conference, previously scheduled for July 17, 2008, has been rescheduled for **July 30, 2008 at 2 pm, ET.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**