# In the United States Court of Federal Claims

**No. 06-735C**
**(Filed: July 30, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**INSURANCE COMPANY OF THE WEST, assignee and equitable subrogee of W.R. CHAVEZ CONSTRUCTION, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## SCHEDULING ORDER

The Court held a status conference in this case today. The parties are currently exploring settlement of this case. Accordingly, the Court will schedule a status conference for **September 16, 2008, at 2 p.m.** to determine the status of settlement discussions. All other deadlines remain in place.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**