IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| Insurance Company of the West, as assignee and equitable subrogee of W. R. Chavez Construction, Inc., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No: 06-735C (Judge Coster Williams) |
| The United States, | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1) of the rules of this Court, it is hereby stipulated and agreed by the parties that plaintiff's action against the United States shall be, and hereby is, dismissed with prejudice and without costs or fees to either party.

Respectfully submitted,

/s/Andrew J. Kessler
ANDREW J. KESSLER
Procopio, Cory, Hargreaves & Savitch LLP
530 B Street
Suite 2100
San Diego, CA 92101
Tel: 619.525.3858
Fax: 619.744.5460

Attorneys for Plaintiff

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

/s/ David M. Hibey
DAVID M. HIBEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0163
Fax: (202) 514-8624

September 15, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 16th day of September 2008, a copy of the foregoing "Joint Stipulation of Dismissal" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Andrew J. Kessler